AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:20-cr-134 | Date and time warrant executed: November 25, 2019 / 1:00 pm | Copy of warrant and inventory left with: Devices Q-W in Evidence (DEA) |

Inventory made in the presence of:
Intel Analyst Jordon Reed, SA Brian Robinson, TFO James White

Inventory of the property taken and name of any person(s) seized:

No Data Extracted From Devices Q-W

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11-25-2019

*Executing officer's signature*

James C. White TFO
*Printed name and title*